In the Matter of the Claim of JOHN G. MEOLI, Appellant. MARTIN P.
CATHERWOOD, as Industrial Commissioner, Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ.,
concur in memorandum by Herlihy, J.